CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiffs
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600 / Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HARLEY MULLION & CO. LIMITED
ERNST RUSS (UK) LTD.
SCANDANAVIAN SHIPPING
                              Plaintiffs,

            v.                                                          08 CV _____ (____)

CAVERTON MARINE LIMITED                                  **STATEMENT PURSUANT**
                              Defendant.                            **TO RULE 7.1**
------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs, HARLEY MULLION & CO. LIMITED, ERNST RUSS (UK) LTD., SCANDANAVIAN SHIPPING, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       June 16, 2008

                                                CHALOS, O'CONNOR & DUFFY, LLP
                                                Attorneys for Plaintiffs

                                    By:     _____
                                                Owen F. Duffy (OD-3144)
                                                George E. Murray (GM-4172)
                                                366 Main Street
                                                Port Washington, New York 11050
                                                Tel:  (516) 767-3600 / Fax:  (516) 767-3605