UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARLEY MULLION & CO. LIMITED,
ERNST RUSS (UK) LTD
SCANDINAVIAN SHIPPING

                         Plaintiffs,

- against -

CAVERTON MARINE LIMITED,

                         Defendant,

Case No. 08 CV 5435 (BSJ)

**RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Neil A. Quartaro, a member of the Bar of this Court and an attorney with the firm of Watson, Farley & Williams (New York) LLP, attorneys for Defendant Caverton Marine Limited, certify upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the parties which are otherwise publicly held in the United States.

                           WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

By: _____
Christopher P. Belisle (CPB-0119)
Neil A. Quartaro (NAQ-9640)
100 Park Avenue, 31st Floor
New York, NY 10017
Tel: (212) 922-2200
Fax: (212) 922-1512

19100062 v1