UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARLEY MULLION & CO. LIMITED, ERNST RUSS (UK) LTD SCANDINAVIAN SHIPPING<br><br>　　　　　　　　　　　Plaintiffs,<br><br>- against -<br><br>CAVERTON MARINE LIMITED,<br><br>　　　　　　　　　　　Defendant, | Case No. 08 CV 5435 (BSJ)<br><br>**NOTICE OF MOTION** |

Please take notice that, pursuant to Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims, Rule E(4)(f), undersigned counsel for Defendant Caverton Marine Limited will move the Court for a prompt hearing at which Plaintiff must demonstrate its entitlement to the *ex parte* relief obtained in this matter.

　　　　　　　　　　　WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

　　　　　　By: _____
　　　　　　　　Christopher P. Belisle (CPB-0119)
　　　　　　　　Neil A. Quartaro (NAQ-9640)
　　　　　　　　100 Park Avenue, 31st Floor
　　　　　　　　New York, NY 10017
　　　　　　　　Tel: (212) 922-2200
　　　　　　　　Fax: (212) 922-1512

19100086 v1