UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Harley Mullion & Co.
Ernst Russ (UK)
Scandanavian Shipping                Plaintiff,

                         -against-

08 CIVIL 5435 (BSJ)

Caverton Marine Ltd    Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Neil A. Quartaro__

[☑] **Attorney**

    [☑] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __NAQ 9640__

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] **Law Firm/Government Agency Association**

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[☑] **Address:** 100 Park Avenue, 31st Floor

[☑] **Telephone Number:** 212-922-2214

[☑] **Fax Number:** 212-922-1512

[ ] **E-Mail Address:** _____

Dated: July 14, 2008