**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

Harley Mullion & Co.
Ernst Russ (UK)                    Plaintiff,
Scandinavian Shipping
                        -against-

                                                    08 CIVIL 5435 (BSJ)

Caverton Marine Ltd    Defendant.
-----------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  Neil A. Quartaro

☑ *Attorney*

  ☑  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       NAQ 9640

  ☐  I am a Pro Hac Vice attorney

  ☐  I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

  From: _____

  To: _____

  ☐  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
       _____.

☑ *Address:*  100 Park Avenue, 31st Floor, 10017

☑ *Telephone Number:*  212-922-2214

☑ *Fax Number:*  212-922-1512

☐ *E-Mail Address:* _____

Dated: July 14, 2008    _____