UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Harley Mullion & Co.
Ernst Russ (UK)
Scandanavian Shipping          Plaintiff,

-against-

08 CIVIL 5435 (BSJ)

Caverton Marine Ltd   Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Neil A. Quartaro__

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __NAQ 9640__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ *Address:* 100 Park Avenue, 31st Floor, 10017

☑ *Telephone Number:* 212-922-2214

☑ *Fax Number:* 212-922-1512

☐ *E-Mail Address:* _____

Dated: July 14, 2008