UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARLEY MULLION & CO. LIMITED,
ERNST RUSS (UK) LTD
SCANDINAVIAN SHIPPING

                                        Plaintiffs,

            - against -

CAVERTON MARINE LIMITED,

                                        Defendant,

Case No. 08 CV 5435 (BSJ)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE, that CAVERTON MARINE LIMITED, the Defendant in

the above-captioned action, has appointed as counsel:

            WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
            Christopher P. Belisle (CPB-0119)
            Neil A. Quartaro (NAQ-9640)
            100 Park Avenue, 31st Floor
            New York, NY 10017
            Tel: (212) 922-2200
            Fax: (212) 922-1512

And henceforth all pleadings and correspondence are to be served on counsel at the address

above.

            WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

        By:  _____
            Christopher P. Belisle (CPB-0119)
            Neil A. Quartaro (NAQ-9640)
            100 Park Avenue, 31st Floor
            New York, NY 10017
            Tel: (212) 922-2200
            Fax: (212) 922-1512

19100061 v1