UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-12-08
```

-------------------------------------------------------------X

HARLEY MULLION & CO. LIMITED, ERNST RUSS (UK) LTD., SCANDINAVIAN SHIPPING,

                               Plaintiffs,

   - against -

CAVERTON MARINE LIMITED,

                               Defendant.

-------------------------------------------------------------X

Case No. 08 CV 5435 (BSJ)

**ORDER**

Pursuant to the So-Ordered Stipulation dated August 11, 2008, between Plaintiffs and Defendant, it is hereby:

**ORDERED** that the garnishee banks in this action are directed to immediately release any and all funds attached in this action at the direction of Defendant's counsel, Neil A. Quartaro of Watson, Farley & Williams (New York) LLP.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        ~~August 11, 2008~~ August 12, 2008