UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HARLEY MULLION & CO. LIMITED, ERNST RUSS
(UK) LTD., SCANDINAVIAN SHIPPING,

                          Plaintiffs,

- against -

CAVERTON MARINE LIMITED,
                         Defendant.

------------------------------------------------------------------X

Case No. 08 CV 5435 (BSJ)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

     IT IS HEREBY STIPULATED by and between Plaintiffs HARLEY MULLION & CO. LIMITED, ERNST RUSS (UK) LTD., SCANDINAVIAN SHIPPING ("Plaintiffs") and Defendant CAVERTON MARINE LIMITED ("Defendant", and together with the Plaintiffs, the "Parties") as follows:

     1.     Plaintiffs waive their right to move for reconsideration of the Court's Order of August 6, 2008, or to seek an appeal therefrom.

     2.     Plaintiffs agree that the funds attached pursuant to the Order of Attachment granted by this Court June 17, 2008, be and are released immediately pursuant to the attached Order.

     3.     The Parties agree that the above-captioned be and hereby is dismissed without prejudice and that both Parties shall bear their own costs in respect thereof.

Dated: New York, New York
          August 11, 2008

COUNSEL FOR PLAINTIFFS

_____
Owen F. Duffy (OFD-3144)
Chalos, O'Connor & Duffy, LLP
366 Main Street
Port Washington, NY 11050
(516) 767-3600

COUNSEL FOR DEFENDANT

_____
Neil A. Quartaro (NAQ-9640)
Watson, Farley & Williams (New York) LLP
100 Park Ave., 31st Floor
New York, NY 10017
(212) 922-2214

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE
8/12/08

19100703 v1